**UNITED STATES DISTRICT COURT**                                      **JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 26-4709-JFW(PVCx)**                    Date:  June 8, 2026

Title:        Calvin Salmon -v- Garfield Beach CVS, LLC, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                            **None Present**
   **Courtroom Deputy**                          **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                        None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER REMANDING ACTION TO LOS ANGELES
                                    COUNTY SUPERIOR COURT**


   In light of the parties' agreement to remand this action (*see* Declaration of Raymond Hua, filed May 28, 2026 (Docket No. 25)), the Court **REMANDS** this action to the Los Angeles County Superior Court rather than dismissing the action for failure to comply with the Court's Order, filed May 7, 2026 (Docket No. 7).

   IT IS SO ORDERED.


                                              Initials of Deputy Clerk __sr__